David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
yeomansk@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant

E-FILED 11/01/12
CLOSED

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN VARTANIAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED RECOVERY SYSTEMS, a Texas company <br><br> Defendant. | Case No. 2:12-cv-0453-PSG-PLA <br><br> [~~PROPOSED~~] JUDGMENT |

1  This Court, having granted Defendant UNITED RECOVERY SYSTEMS,
2  LP.'S ("Defendant") Motion to Dismiss and Request for Attorneys' Fees, and
3  having ordered the dismissal of this Action for Plaintiff's failure to comply with
4  Court Orders,

5  **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take
6  nothing, that Judgment is hereby entered in favor of Defendant, and that Defendant
7  shall recover from said Plaintiff Stepan Vartanian and Plaintiff's counsel of record,
8  Arshak Bartoumian, its costs of suit in the amount of $2,866.50.

11  DATED: 11/01/12

**PHILIP S. GUTIERREZ**
United States District Court Judge

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045