1  David J. Kaminski (SBN: 128509)
   kaminskid@cmtlaw.com
2  Keith A. Yeomans (SBN: 245600)
   yeomansk@cmtlaw.com
3  **CARLSON & MESSER LLP**
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant

E-FILED 11/01/12
CLOSED

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN VARTANIAN, an individual,  <br><br>    Plaintiff,  <br><br>         vs.  <br><br>UNITED RECOVERY SYSTEMS, a Texas company  <br><br>    Defendant. | Case No. 2:12-cv-0453-PSG-PLA  <br><br>[~~PROPOSED~~] JUDGMENT |

This Court, having granted Defendant UNITED RECOVERY SYSTEMS, LP.'S ("Defendant") Motion to Dismiss and Request for Attorneys' Fees, and having ordered the dismissal of this Action for Plaintiff's failure to comply with Court Orders,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing, that Judgment is hereby entered in favor of Defendant, and that Defendant shall recover from said Plaintiff Stepan Vartanian and Plaintiff's counsel of record, Arshak Bartoumian, its costs of suit in the amount of $2,866.50.

DATED: 11/01/12

PHILIP S. GUTIERREZ
United States District Court Judge